No. 8863.

LEVY CONSTRUCTION COMPANY *v.* McGONAGLE.

*Error to Moffat District Court, Hon. John T. Shumate, Judge.*

Mr. FRANK McLAUGHLIN and Mr. WALTER M. APPEL, for plaintiff in error.

*Per curiam:*

We have considered the assignments of error and the record in this case, and are of the opinion that the court was justified in the conclusions reached and in the rendition of the judgment entered. The judgment is therefore affirmed.

*Judgment affirmed.*

*Per curiam.*

White, C. J., not participating.